FILED

05/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0111

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0111

JADA KU,

        Plaintiff and Appellant,

v.

GREAT FALLS PUBLIC LIBRARY,

        Defendant and Appellee.

O R D E R

MAY 1 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's Opening brief, filed on May 13, 2021, this Court has determined that the brief does not comply with the Rules and must be resubmitted. Appellant's brief states that she is representing herself and is not familiar with the legal process, and that she is requesting that this Court grant her claims for discrimination and financial compensation for medical, mental, emotional, physical, and legal fees.

Though this Court attempts to give some leeway to self-represented litigants, there are certain requirements of the Rules of Appellate Procedure that are essential to its ability to consider an appeal. M. R. App. P. 12(b) requires an appellant's opening brief to contain "[a] statement of the issues presented for review." However, this Court is an appellate court, meaning it does not reconsider all claims or arguments that were presented to a district court. In the present matter, Appellant has appealed from the District Court's order dismissing Appellant's Complaint and Amended Complaint. The District Court dismissed on grounds that the Court lacked jurisdiction over Appellant's public accommodation discrimination claims because Appellant did not exhaust her administrative remedies by filing a timely administrative charge with the Human Rights Bureau. Accordingly, Appellant's brief must articulate to this Court why this decision was in error or legally incorrect. The Appellant's brief must explain the legal basis for the Appellant's argument that the District Court should not have dismissed her case, or in

her case, or in other words, why the District Court *had* subject-matter jurisdiction over Appellant's public accommodation discrimination claims.

Therefore,

IT IS ORDERED that the signed original and nine copies of the referenced brief be returned for revisions necessary to comply with the specified Rules.

IT IS FURTHER ORDERED that a signed original and nine copies of the revised brief ordered herein be filed within ten (10) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 13 day of May, 2021.

For the Court,

By_____

Justice